■ In the Matter of Marcia Rubin, as Ancillary Executrix of Philip Rubin, Deceased. Metropolitan Museum of Art, Appellant-Respondent; Sandra Reynolds, Respondent-Appellant. [622 NYS2d 411] —Order, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about March 16, 1993, unanimously affirmed for the reasons stated by Preminger, S., without costs and disbursements. No opinion. Concur —Rosenberger, J. P., Asch, Rubin and Nardelli, JJ.